IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID MONTGOMERY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:25-CV-01820 |
| v. ) | |
| ) | |
| PROGRESSIVE ADVANCED ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ATTORNEY FEE AND COST CHARGING LIEN

**PLEASE TAKE NOTICE** that Cohen Law Group asserts an attorney's charging lien upon any judgment, settlement, or recovery of whatever type or description obtained in the instant case for legal professional services and costs incurred by Cohen Law Group on behalf of the Plaintiff.

Respectfully Submitted,

By: /s/ *Michael Melli*
Michael Melli, MO #77823
COHEN LAW GROUP
200 Northeast Missouri Road
Lee's Summit Missouri 64086
P:816.897.3800; F: 816.307.0668
mmelli@itsaboutjustice.law
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which will send a notice of electronic filing to the following:

J. Phillip Bryant
PITZER SNODGRASS PC
100 S. Fourth Street
Suite 400
St. Louis, MO 63102-1821
314-421-5545

Fax: 314-421-3144
Email: bryant@pspclaw.com
LEAD ATTORNEY
*Attorneys for Defendant*

Taylor Sinclair Bowman
PITZER SNODGRASS PC
100 S. Fourth Street
Suite 400
St. Louis, MO 63102-1821
314-335-1345
Email: bowman@pspclaw.com
ATTORNEY TO BE NOTICED

Michael H. Rapp
RAPP LAW FIRM
1600 Genessee
Ste 435
Kansas City, MO 64102
816-633-3463
Fax: 816-633-3463
Email: mr@rapplawfirm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

/s/ *Michael Melli*
ATTORNEY FOR PLAINTIFF